[Nos.  15534–2–I;  15543–1–I;     Division One.          June 9, 1986.]
        15593–8–I.

THE STATE OF WASHINGTON, *Respondent,* v.
GLEN LEBER, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King

County, No. 84–8–03158–3, Rosselle Pekelis, J., entered October 11, 1984. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Coleman and Webster, JJ.